IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation, </br></br> Plaintiff, </br></br> v. </br></br> BIO-RAD LABORATORIES, INC., </br></br> Defendant. | ) ) ) ) ) ) ) C.A. No. 06-316-KAJ ) ) ) ) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Bio-Rad Laboratories, Inc. to move, answer or otherwise plead in response to the Complaint is extended until August 30, 2006.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Richard L. Horwitz (#2246)* | */s/ Rodger D. Smith II (#3778)* |
| Richard L. Horwitz (#2246) </br> David E. Moore (#3983) </br> Hercules Plaza, 6th Floor </br> 1313 N. Market Street </br> Wilmington, DE 19801 </br> (302) 984-6000 </br> *Attorneys for Plaintiff* | Jack B. Blumenfeld (#1098) </br> Rodger D. Smith II (#3778) </br> 1201 N. Market Street </br> P.O. Box 1347 </br> Wilmington, DE 19899 </br> (302) 658-9200 </br> *Attorneys for Defendant* |

SO ORDERED this ___ day of _____ 2006.

_____
United States District Court Judge