IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIO-RAD LABORATORIES, INC., )<br>)<br>Defendant. ) | C.A. No. 06-316-KAJ |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Bio-Rad Laboratories, Inc. to move, answer or otherwise plead in response to the Complaint is extended until September 29, 2006.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ David E. Moore* | */s/ Rodger D. Smith II* |
| Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>*Attorneys for Plaintiff* | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>*Attorneys for Defendant* |

SO ORDERED this ___ day of August 2006.

_____
United States District Court Judge

534021