IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 06-316-KAJ |
| BIO-RAD LABORATORIES, INC., | ) ) ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

WHEREAS, the parties believe they have reached an agreement in principle to settle this matter, but final settlement will depend on working out the remaining terms and reducing the parties' agreement to writing, which will require additional time;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Bio-Rad Laboratories, Inc. to move, answer or otherwise plead in response to the Complaint is extended until October 30, 2006.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ David E. Moore* | */s/ Rodger D. Smith II* |
| Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE  19801 <br> (302) 984-6000 <br> dmoore@potteranderson.com <br>  *Attorneys for Plaintiff* | Jack B. Blumenfeld (#1014) <br> Rodger D. Smith II (#3778) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> rsmith@mnat.com <br>  *Attorneys for Defendant* |

SO ORDERED this ___ day of _____ 2006.

_____
United States District Court Judge

539236