

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

January 9, 2007

**VIA ELECTRONIC FILING**

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re: **E. I. du Pont de Nemours and Company v. Bio-Rad Laboratories, Inc.
C. A. No. 06-316-\*\*\***

Dear Judge Thynge:

  I am writing on behalf of plaintiff E. I. du Pont de Nemours and Company ("DuPont"). As Your Honor is aware, the parties in this recently-reassigned matter were originally set to have a scheduling conference with Judge Jordan on December 15, 2006. In anticipation of that date, on December 8, 2006, DuPont forwarded a proposed case schedule to counsel for defendant Bio-Rad Laboratories, Inc.'s ("Bio-Rad").

  For reasons not heretofore explained, and despite repeated requests to opposing counsel, Bio-Rad has failed to comment on or otherwise respond to the draft schedule. Consequently, DuPont is now forced to seek the Court's assistance. In this regard, DuPont respectfully requests that Your Honor order a scheduling conference at the Court's earliest convenience so that this matter may proceed in a timely and more cooperative fashion.

  Counsel are available at the Court's convenience if Your Honor has any questions.

Respectfully submitted,

/s/ *Richard L. Horwitz*

Richard L. Horwitz

DEM/msb/770933

cc: Clerk of the Court (via hand delivery)
   Counsel of Record (via e-filing and hand delivery)