IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation, : : : | |
| Plaintiff, : : | |
| v. : : | Civil Action No. 06-316-*** (MPT) |
| BIO-RAD LABORATORIES, INC., : : | |
| Defendant. : | |

## ORDER

At Wilmington this **10th** day of **January, 2007**.

IT IS ORDERED that a scheduling teleconference has been scheduled for **Monday, January 22, 2007 at 4:00 p.m.** with Magistrate Judge Thynge. **Plaintiffs' counsel shall initiate the teleconference call.** Prior to the teleconference, counsel are to confer regarding a proposed scheduling order using the format of Judge Jordan and are to submit a proposed scheduling order to Judge Thynge on or before **5:00 p.m. eastern time on Thursday, January 18, 2007.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE