

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

January 18, 2007

**VIA ELECTRONIC FILING**

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

>  Re: **E. I. du Pont de Nemours and Company v. Bio-Rad Laboratories, Inc.**
>  **C. A. No. 06-316-***

Dear Judge Thynge:

In anticipation of the scheduling conference set for January 22, 2007 at 4:00 p.m., enclosed for Your Honor's consideration is the parties' proposed Scheduling Order for the above-referenced matter. Counsel are available at the Court's convenience if Your Honor has any questions.

>  Respectfully submitted,
>
>  /s/ David E. Moore
>
>  David E. Moore

DEM:nmt/773212/20120-374
Enclosure
cc:   Clerk of the Court (via hand delivery)
      Counsel of Record (via e-filing)