

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

January 23, 2007

**VIA ELECTRONIC FILING**

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

> Re: **E. I. du Pont de Nemours and Company v. Bio-Rad Laboratories, Inc.**
> **C. A. No. 06-316-\*\*\***

Dear Judge Thynge:

Enclosed for Your Honor's consideration is a revised Scheduling Order, which reflects the comments provided by Your Honor during the January 22, 2007 teleconference. Counsel are available at the Court's convenience if Your Honor has any questions.

Respectfully submitted,

*/s/ Richard L. Horwitz*

Richard L. Horwitz

RLH/msb
773895 / 20120-374

Enclosure
cc:   Clerk of the Court (via hand delivery)
      Counsel of Record (via e-filing)