IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 06-316-*** |
| v. | ) ) | |
| BIO-RAD LABORATORIES, INC., a Delaware Corporation, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF E.I. DU PONT DE NEMOURS
AND COMPANY'S UNOPPOSED MOTION FOR LEAVE TO
FILE ITS AMENDED COMPLAINT**

Having considered E.I. du Pont de Nemours and Company's Unopposed Motion for Leave to File Its Amended Complaint, IT IS HEREBY ORDERED that the Motion is granted and that E.I. du Pont de Nemours and Company's Amended Complaint is deemed filed and served on this date.

SO ORDERED this _2_ day of February 2007.

United States ~~District Judge~~ Magistrate

2007 FEB -2 PM 2:34   FILED   CLERK U.S. DISTRICT COURT   DISTRICT OF DELAWARE