IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) C. A. No. 06-316-MPT |
| v. | ) ) |
| BIO-RAD LABORATORIES, INC., a Delaware Corporation, | ) **JURY TRIAL DEMANDED** ) ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned, counsel for plaintiff, hereby certifies that copies of Plaintiff's Initial Disclosures Pursuant to Federal Rules of Civil Procedure 26(a)(1) were caused to be served on February 7, 2007 upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

OF COUNSEL:

Thomas F. Fleming
Daniel Di Napoli
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8000

Dated: February 7, 2007

776619 / 20120-374

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff*
*E.I. du Pont de Nemours and Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 7, 2007, the attached document was hand delivered on the following person and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

756119 / 20120-374