IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, ) <br> a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BIO-RAD LABORATORIES, INC., ) <br> ) <br> Defendant. ) | C.A. No. 06-316-*** |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of Initial Disclosures Of Defendant Bio-Rad Laboratories, Inc., Pursuant To Fed. R. Civ. P. 26(a)(1) were caused to be served on February 7, 2007, upon the following in the manner indicated:

**BY HAND & BY E-MAIL**

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY E-MAIL**

Thomas F. Fleming
Daniel Di Napoli
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Rodger D. Smith II*
                                          _____
                                          Jack B. Blumenfeld (#1014)
                                          Rodger D. Smith II (#3778)
                                          Maria Granovsky (#4709)
                                          1201 N. Market Street
                                          P.O. Box 1347
                                          Wilmington, DE  19899-1347
                                          (302) 658-9200
                                          rsmith@mnat.com
                                            *Attorneys for Defendant*
                                            *Bio-Rad Laboratories, Inc.*

February 7, 2007
733717.1

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on February 7, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> David E. Moore
> POTTER ANDERSON & CORROON LLP

and that on February 7, 2007, I caused copies to be served upon the following in the manner indicated:

**BY HAND & BY E-MAIL**

> Richard L. Horwitz
> David E. Moore
> POTTER ANDERSON & CORROON LLP
> 1313 N. Market Street
> Wilmington, DE  19801

**BY E-MAIL**

> Thomas F. Fleming
> Daniel Di Napoli
> KAYE SCHOLER LLP
> 425 Park Avenue
> New York, NY  10022

> */s/ Rodger D. Smith II*
> Rodger D. Smith II (#3778)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> (302) 658-9200
> rsmith@mnat.com