# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware Corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 06-316-*** |
| BIO-RAD LABORATORIES, INC., a Delaware Corporation, | ) ) ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to a Settlement and License Agreement by and between the parties hereto ("the Settlement Agreement"), and with the approval of the Court, that the above-captioned action be, and the same hereby is, dismissed with prejudice and without costs to any party. The Court will retain jurisdiction over the enforcement of the Settlement Agreement.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| By: */s/ Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com | By: */s/ Rodger D. Smith II*<br>Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com |
| *Attorneys for Plaintiff*<br>*E.I. du Pont de Nemours and Company* | *Attorneys for Defendant*<br>*Bio-Rad Laboratories, Inc.* |

IT IS SO ORDERED this ____ day of _____, 2007.

_____
United States District Judge

766620