# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> BIO-RAD LABORATORIES, INC., a Delaware Corporation, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 06-316-*** ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to a Settlement and License Agreement by and between the parties hereto ("the Settlement Agreement"), and with the approval of the Court, that the above-captioned action be, and the same hereby is, dismissed with prejudice and without costs to any party. The Court will retain jurisdiction over the enforcement of the Settlement Agreement.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| By: /s/ Richard L. Horwitz <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, Delaware 19801 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com | By: /s/ Rodger D. Smith II <br> Jack B. Blumenfeld (#1014) <br> Rodger D. Smith II (#3778) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> rsmith@mnat.com |
| *Attorneys for Plaintiff* <br> *E.I. du Pont de Nemours and Company* | *Attorneys for Defendant* <br> *Bio-Rad Laboratories, Inc.* |

IT IS SO ORDERED this 26th day of March, 2007.

_____
United States District Judge

766620