Case 1:06-cv-00316-SLR    Document 3    Filed 05/15/2006    Page 1 of 1

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Delaware___ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>06cv316 | DATE FILED<br>5/12/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>E.I. Du Pont De Nemours and Company | | DEFENDANT<br>Bio-Rad Laboratories Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,852,986 B1 | 2/8/05 | E.I. Du Pont De Nemours and Company |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Stipulation of Dismissal Order attached |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*[signature]* | DATE 3/26/07<br>May 15, 2006 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

(29)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, )<br>a Delaware Corporation, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BIO-RAD LABORATORIES, INC., )<br>a Delaware Corporation, )<br>)<br>Defendant. ) | C.A. No. 06-316-*** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to a Settlement and License Agreement by and between the parties hereto ("the Settlement Agreement"), and with the approval of the Court, that the above-captioned action be, and the same hereby is, dismissed with prejudice and without costs to any party. The Court will retain jurisdiction over the enforcement of the Settlement Agreement.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com | By: /s/ Rodger D. Smith II<br>Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com |
| *Attorneys for Plaintiff*<br>*E.I. du Pont de Nemours and Company* | *Attorneys for Defendant*<br>*Bio-Rad Laboratories, Inc.* |

IT IS SO ORDERED this 26th day of March, 2007.

_____
United States District Judge

766620